BARBARA E. FIGARI (SBN 251942)
**THE FIGARI LAW FIRM**
380 South Lake Avenue, Suite 104
Pasadena, CA 91101
Telephone: (626) 486-2620
Facsimile: (877) 459-3540
Email: barbara@figarilaw.com

Attorneys for Plaintiff JESSICA OGLESBY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA OGLESBY,<br><br>          Plaintiff,<br><br>     v.<br><br>MASSAGE ENVY FRANCHISING, a Limited Liability Corporation, MESCIE MENIFEE, INC., MESCIE REGION, INC., MESCIE CLINICS, INC., RODOLFO VALENCIA, an Individual, and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO. 5:15-CV-01614-VAP-DTB<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

1	PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Jessica Oglesby dismisses this action in its entirety, without prejudice as to all parties and causes of action.

Respectfully submitted,

DATED: November 10, 2015	**THE FIGARI LAW FIRM**

*/s/ Barbara E. Figari*
By: Barbara E. Figari, Esq.
Attorneys for Plaintiff JESSICA OGLESBY